

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00191-CV

CHARLES EDWARD HODGES                                          APPELLANT

V.

THE STATE OF TEXAS                                            APPELLEE

------------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion To Withdraw Notice Of Appeal."
It is the court's opinion that the motion should be granted; therefore, we dismiss
the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

                                                  PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  July 28, 2011

---

[1]*See* Tex. R. App. P. 47.4.